Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Beverly A. Cherry

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA  WESTERN DIVISION

| | |
|---|---|
| BEVERLY A. CHERRY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: CV 10-2086 RZ<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.
DATE: September 22, 2010

_____
THE HONORABLE RALPH ZAREFSKY,
UNITED STATES DISTRICT COURT
UNITED STATES MAGISTRATE JUDGE

-1-